**Order entered October 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00630-CV

## DAONN JONES & ALL OCCUPANTS, Appellant

### V.

## ANTHONY DEMUS ESTATE OF HAWTHORNE ECHOLS (DECEASED), Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02102-C**

## ORDER

The reporter's record in this case is past due. By postcard dated September 26, 2018, 2018, we notified Janet Wright, Official Court Reporter for County Court at Law No. 3, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and we have not received any correspondence regarding the reporter's record.

Accordingly, we **ORDER** Janet Wright, to file, within **FIFTEEN DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification she has not requested the*

*reporter's record and/or has not paid for or made arrangements to pay for the reporter's record,*

*we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
County Court at Law No. 3

All parties

/s/  CAROLYN WRIGHT
    CHIEF JUSTICE